**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 21-6966**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DARNELL TYRECE HAYES, a/k/a Donnell Hayes,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:13-cr-00018-D-1)

───────────

Submitted:  November 23, 2021                    Decided:  November 30, 2021

───────────

Before NIEMEYER, FLOYD, and RUSHING, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Darnell Tyrece Hayes, Appellant Pro Se.  David A. Bragdon, Assistant United States Attorney, Lucy Partain Brown, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darnell Tyrece Hayes appeals the district court's order denying his motion for compassionate release and dismissing his request for home confinement. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Hayes*, No. 5:13-cr-00018-D-1 (E.D.N.C. June 14, 2021). We deny Hayes' motion for appointment of counsel, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*